UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JANELLE WALKER,<br><br>        Plaintiff,<br><br>    v.<br><br>OFFICER JAMES COLLEY, et al,<br>        Defendants.<br>_____/ | No. C 13-1099 JCS<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:      November 13, 2013<br>Mediator:  Gregory Walker |

   IT IS HEREBY ORDERED that the request to excuse defendant James Colley from participating in the November 13, 2013 mediation session before Gregory Walker is GRANTED.

   ADR L.R. 6-10(d) sets forth the proper procedure and time frame for submitting requests to be excused from attending mediations in person. The court directs counsel to carefully review this rule so that similar requests are submitted in a timely manner and in accordance with the rule's provisions.

      IT IS SO ORDERED.

November 12, 2013                    By:   _____
Dated                                        Maria-Elena James
                                             United States Magistrate Judge